■ In the Matter of the Estate of ROBERT F. CHRESTENSEN, Deceased. MARINE MIDLAND BANK, N. A., Appellant. (Appeal No. 2.)—Order unanimously reversed on the law without costs, appointment of guardian ad litem vacated and special guardian directed to reimburse the estate for any fee received. Same Memorandum as in *Matter of Chrestensen* ([appeal No. 1] 175 AD2d 641 [decided herewith]). (Appeal from Order of Cattaraugus County Surrogate's Court, Horey, S.—Fees of Guardian Ad Litem.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.